BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AVOCADO OIL MARKETING LITIGATION | )<br>)  MDL No. _____<br>) |

## MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiffs Clair Awad, Rajat Dawar, Maggie Frost, Matthew Hawkins, Ralph Milan, Kevin Smith, Lachae Vickers, and Cara Zajac (collectively, "Movants") respectfully move the JPML to transfer and centralize the actions listed in the attached Schedule of Actions, and any subsequent tag-along actions, to the Honorable Jeremy C. Daniel of the United States District Court for the Northern District of Illinois, or in the alternative, to the Honorable Leo T. Sorokin of the United States District Court for the District of Massachusetts or another judge of that District, for coordinated and consolidated pretrial proceedings.

Transfer and centralization of these actions is appropriate for the following reasons:

1. To date, at least nine federal actions have been filed based on substantially similar allegations, *inter alia*, that the avocado oil products marketed as pure avocado oil through prominent representations on the packaging are, in fact, not pure avocado oil, and are thus deceptively marketed in violation of various consumer protection statutes. Collectively, Movants refer to these actions as the "Related Actions."

2. In light of the nature of the claims, the ease with which future plaintiffs may become retained by plaintiffs' attorneys as a result of nationwide avocado oil sales, and the potential damages at stake, more cases will likely be filed.

1

3. All Related Actions and any additional tag-along actions will involve the same factual theories, claims and, likely, defenses. The Related Actions will also likely involve overlapping expert needs, common discovery, and pretrial motion practice, as well as overlapping class claims and the potential for inconsistent pretrial rulings.

4. Movants seek to create a single MDL for the Related Actions and any tag-along actions in the Northern District of Illinois, or in the alternative, in the District of Massachusetts. As explained in more detail in the accompanying brief, centralization will eliminate duplicative discovery, prevent inconsistent rulings, and conserve judicial resources.

5. The convenience of the courts, witnesses, parties, and counsel will all be served by transfer and centralization in the Northern District of Illinois before the Honorable Jeremy C. Daniel, as discussed in detail in the accompanying brief. Judge Daniel is the presiding judge in one of the Related Actions, *Rajat Dawar v. Sam's West, Inc., et. al.*, No. 1:24-cv-09106 (N.D. Ill. Sep. 27, 2024).

6. In the alternative, the convenience of the courts, witnesses, parties, and counsel would also be served by transfer and centralization in the District of Massachusetts before the Honorable Leo T. Sorokin, or another judge of that District, as discussed in detail in the accompanying brief. Judge Sorokin is the presiding judge in one of the Related Actions, *Cara Zajac v. The Stop & Shop Holdings, Inc.*, No. 1:24-cv-12512 (D. Mass. Oct. 1, 2024).

7. In support of this Motion, Movants file:

    a. A brief describing the background of the Related Actions and Movants' contentions;

    b. A Schedule of Actions providing: (1) the complete name of each action, listing the full name of each party; (2) the district court where the action is pending; (3) the

civil action number of each action; and (4) the name of the Judge assigned to each action;

c. A copy of all complaints and docket sheets for the actions listed in the Schedule of Actions;

d. A statement regarding oral argument;

e. Proof of Service.

WHEREFORE, Movants respectfully request that the Panel grant their motion and transfer all federal Related Actions and any subsequent tag-along actions for coordinated or consolidated pretrial proceedings to the Northern District of Illinois and Judge Jeremy C. Daniel, or in the alternative, to the District of Massachusetts and Judge Leo T. Sorokin, or another judge of that District.

Dated: October 23, 2024                          **FARUQI & FARUQI, LLP**

By:   */s/ Timothy J. Peter*
      Timothy J. Peter (SBN 306965)
      1617 JFK Blvd., Suite 1550
      Philadelphia, PA 19103
      Telephone: (215) 277-5770
      Facsimile: (215) 277-5771
      tpeter@faruqilaw.com

      Lisa Omoto (SBN 303830)
      **FARUQI & FARUQI, LLP**
      1901 Avenue of the Stars, Suite 1060
      Los Angeles, CA 90067
      Telephone: (424) 256-2884
      Facsimile: (424) 256-2885
      lomoto@faruqilaw.com

      Neal J. Deckant (SBN 322946)
      Brittany S. Scott (SBN 327132)
      **BURSOR & FISHER, P.A.**
      1990 North California Blvd., Suite 940

Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ndeckant@bursor.com
bscott@bursor.com

Aubry Wand (SBN 281207)
**THE WAND LAW FIRM, P.C.**
100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (310) 590-4503
awand@wandlawfirm.com

Joel Dashiell Smith (SBN 244902)
**Smith Krivoshey, PC**
867 Boylston Street
5th Floor #1520
Boston, MA 02116
Telephone: (415) 202-6109
joel@skclassactions.com

Yeremey O Krivoshey (SBN 295032)
**Smith Krivoshey PC**
166 Geary St., Suite 1500-1507
San Francisco, CA 94108
Telephone: (415) 839-7077
yeremey@skclassactions.com

*Attorneys for Plaintiffs Cara Zajac, Lachae Vickers, Ralph Milan, Rajat Dawar, Kevin Smith, Clair Awad, Maggie Frost, and Matthew Hawkins*