BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: AVOCADO OIL )
MARKETING ) MDL No. _____
LITIGATION )

**SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action Number | Judge |
|---|---|---|---|
| Cara Zajac; Lachae Vickers v. The Stop & Shop Holdings, Inc. | D. Mass. | 1:24-cv-12512 | Judge Leo T. Soroking |
| Ralph Milan v. SFM LLC | D. Ariz. | 2:24-cv-02642 | Judge G Murray Snow |
| Rajat Dawar v. Sam's West, Inc.; Sam's East, Inc. | N.D. Ill. | 1:24-cv-09106 | Judge Jeremy C. Daniel |
| Kevin Smith; Clair Awad v. Trader Joes Company | N.D. Cal. | 3:24-cv-06834 | Judge James Donato |
| Eddie Golikov v. Walmart Inc. | C.D. Cal. | 2:24-cv-08211 | Judge R. Gary Klausner |
| Ebony Morrison v. Sovena USA, Inc. | C.D. Cal. | 2:24-cv-08144 | Judge Fernando M. Olguin |
| Maggie Frost v. Aldi Inc. | S.D.N.Y. | 1:24-cv-07095 | Judge Mary Kay Vyskocil |
| Matthew Hawkins v. Walmart, Inc. | E.D. Cal. | 1:24-cv-00374 | Judge Kirk E. Sherriff |
| Brittany Valdovinos v. Target Corporation | C.D. Cal. | 2:24-cv-08572 | Judge Josephine L. Staton |

Dated: October 23, 2024 **FARUQI & FARUQI, LLP**

By: /s/ Timothy J. Peter
Timothy J. Peter (SBN 306965)
1617 JFK Blvd., Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
tpeter@faruqilaw.com

Lisa Omoto (SBN 303830)
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
lomoto@faruqilaw.com

Neal J. Deckant (SBN 322946)
Brittany S. Scott (SBN 327132)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ndeckant@bursor.com
bscott@bursor.com

Aubry Wand (SBN 281207)
**THE WAND LAW FIRM, P.C.**
100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (310) 590-4503
awand@wandlawfirm.com

Joel Dashiell Smith (SBN 244902)
**Smith Krivoshey, PC**
867 Boylston Street
5th Floor #1520
Boston, MA 02116
Telephone: (415) 202-6109
joel@skclassactions.com

Yeremey O Krivoshey (SBN 295032)
**Smith Krivoshey PC**

2

166 Geary St., Suite 1500-1507
San Francisco, CA 94108
Telephone: (415) 839-7077
yeremey@skclassactions.com

*Attorneys for Plaintiffs Cara Zajac, Lachae Vickers, Ralph Milan, Rajat Dawar, Kevin Smith, Clair Awad, Maggie Frost, and Matthew Hawkins*

3