**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: AVOCADO OIL MARKETING LITIGATION ) ) ) | MDL No. _____ |

**STATEMENT REGARDING ORAL ARGUMENT**

Counsel for Plaintiffs-Movants[1] respectfully request oral argument before this Judicial Panel on Multidistrict Litigation ("JPML") with regard to the above-referenced matter. Oral argument will assist the JPML in understanding the issues and challenges raised in this complex litigation with national significance.

Movants are Plaintiffs in six of the nine cases filed in federal district courts spanning the country (the "Actions"). All of the Actions allege a substantially similar course of conduct: that the various defendants deceptively market their avocado oil products by misrepresenting that the products are pure avocado oil through prominent representations on the front of each container. Movants assert that the core issue central to each of these cases is of significant importance to nationwide consumers who continue to purchase avocado oil. As such, the federal judiciary should respond with a consistent and cohesive approach rather than risk inconsistent decisions and duplication of efforts in the various federal district courts. Because the volume of cases will likely increase, oral argument would also allow the Movants to update the JPML on the number of filed cases.

Oral argument will assist the JPML in understanding how transfer, coordination, and consolidation of these Actions and all other related cases that have been or have yet to be filed (*i.e.*

---

[1] Movants are Plaintiffs Clair Awad, Rajat Dawar, Maggie Frost, Matthew Hawkins, Ralph Milan, Kevin Smith, Lachae Vickers, and Cara Zajac.

1

"tag-along actions") will avoid duplication, avoid exorbitant discovery costs, avoid inconsistency in rulings, and serve as a more just and efficient method of litigation.

For these reasons, Plaintiffs-Movants respectfully request that the JPML hear oral argument on this motion.

Dated: October 23, 2024                              **FARUQI & FARUQI, LLP**

                                      By:    */s/ Timothy J. Peter*
                                                    Timothy J. Peter (SBN 306965)
                                                    1617 JFK Blvd., Suite 1550
                                                    Philadelphia, PA 19103
                                                    Telephone: (215) 277-5770
                                                    Facsimile: (215) 277-5771
                                                    tpeter@faruqilaw.com

                                                    Lisa Omoto (SBN 303830)
                                                    **FARUQI & FARUQI, LLP**
                                                    1901 Avenue of the Stars, Suite 1060
                                                    Los Angeles, CA 90067
                                                    Telephone: (424) 256-2884
                                                    Facsimile: (424) 256-2885
                                                    lomoto@faruqilaw.com

                                                    Neal J. Deckant (SBN 322946)
                                                    Brittany S. Scott (SBN 327132)
                                                    **BURSOR & FISHER, P.A.**
                                                    1990 North California Blvd., Suite 940
                                                    Walnut Creek, CA 94596
                                                    Telephone: (925) 300-4455
                                                    Facsimile: (925) 407-2700
                                                    ndeckant@bursor.com
                                                    bscott@bursor.com

                                                    Aubry Wand (SBN 281207)
                                                    **THE WAND LAW FIRM, P.C.**
                                                    100 Oceangate, Suite 1200
                                                    Long Beach, CA 90802
                                                    Telephone: (310) 590-4503
                                                    awand@wandlawfirm.com

                                                    Joel Dashiell Smith (SBN 244902)
                                                    **Smith Krivoshey, PC**

867 Boylston Street
5th Floor #1520
Boston, MA 02116
Telephone: (415) 202-6109
joel@skclassactions.com

Yeremey O Krivoshey (SBN 295032)
**Smith Krivoshey PC**
166 Geary St., Suite 1500-1507
San Francisco, CA 94108
Telephone: (415) 839-7077
yeremey@skclassactions.com

*Attorneys for Plaintiffs Cara Zajac, Lachae Vickers, Ralph Milan, Rajat Dawar, Kevin Smith, Clair Awad, Maggie Frost, and Matthew Hawkins*