BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AVOCADO OIL MARKETING LITIGATION ) ) ) | MDL No. _____ |

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing Motion, Memorandum, Schedule of Actions, associated Exhibits, a Statement Regarding Oral Argument, and this Proof of Service is to be electronically filed with the Clerk of the JPML using the Court's CM/ECF system and on the following via First Class Mail on October 23, 2024:

United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20544-0005

Clerk, District of Massachusetts (Boston)
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Clerk, District of Arizona (Phoenix)
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003

Clerk, Northern District of Illinois
Eastern Division (Chicago)
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Clerk, Northern District of California (San Francisco)
Phillip Burton Federal Building & U.S. Courthouse
450 Golden Gate Avenue
San Francisco, 94102

1

Clerk, Central District of California
Western Division (Los Angeles)
Edward R. Roybal Federal Building & U.S. Courthouse
255 East Temple Street Los Angeles, CA 90012

Clerk, Southern District of New York (Foley Square)
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Clerk, Eastern District of California (Fresno)
Robert E. Coyle U.S. Courthouse
2500 Tulare Street
Fresno, CA 93721

In addition, I hereby certify that a copy of the foregoing Motion, Memorandum, Schedule of Actions, associated Exhibits, a Statement Regarding Oral Argument, and this Proof of Service is to be electronically filed with the Clerk of the JPML using the Court's CM/ECF system and on the following via email on October 23, 2024:

**COUNSEL IN THE FOLLOWING CASES:**

*Cara Zajac & Lachae Vickers v. The Stop & Shop Holdings, Inc.,* No. 1:24-cv-12512 (D. Mass.):

Joel Dashiell Smith
Smith Krivoshey, PC
867 Boylston Street
5th Floor #1520
Boston, MA 02116
joel@skclassactions.com

**Counsel for Plaintiff Cara Zajac & Lachae Vickers**
D. Mass., No. 1:24-cv-12512

*Ralph Milan v. SFM LLC,* No. 2:24-cv-02642 (D. Ariz.):

Joel Dashiell Smith
Smith Krivoshey, PC
867 Boylston Street
5th Floor #1520
Boston, MA 02116
joel@skclassactions.com

12

Yeremey O Krivoshey
Smith Krivoshey PC
166 Geary St., Suite 1500-1507
San Francisco, CA 94108
yeremey@skclassactions.com

Donald Bivens
Don Bivens PLLC
15169 N Scottsdale Rd., Suite 205
Scottsdale, AZ 85254
don@donbivens.com

Teresita T Mercado
Don Bivens PLLC
15169 N Scottsdale Rd., Suite 205
Scottsdale, AZ 85254
teresita@donbivens.com

**Counsel for Plaintiff Ralph Milan**
D. Ariz., No. 2:24-cv-02642

*Rajat Dawar v. Sam's West, Inc. & Sam's East, Inc.,* No. 1:24-cv-09106 (N.D. Ill.):

Neal J. Deckant
Bursor & Fisher, P.a.
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
ndeckant@bursor.com

Brittany Scott
Bursor & Fisher, P.a.
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
bscott@bursor.com

Timothy J. Peter
Faruqi & Faruqi LLP
1617 JFK Blvd., Suite 1550
Philadelphia, PA 19103
tpeter@faruqilaw.com

**Counsel for Plaintiff Rajat Dawar**
N.D. Ill., No. 1:24-cv-09106

*Kevin Smith & Clair Awad v. Trader Joes Company,* No. 3:24-cv-06834 (N.D. Cal.):

3

Neal J. Deckant
Bursor & Fisher, P.a.
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
ndeckant@bursor.com

Brittany Scott
Bursor & Fisher, P.a.
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
bscott@bursor.com

Joel Dashiell Smith
Smith Krivoshey, PC
867 Boylston Street
5th Floor #1520
Boston, MA 02116
joel@skclassactions.com

Yeremey O Krivoshey
Smith Krivoshey PC
166 Geary St., Suite 1500-1507
San Francisco, CA 94108
yeremey@skclassactions.com

**Counsel for Plaintiff Kevin Smith & Clair Awad**
N.D. Cal., No. 3:24-cv-06834

*Eddie Golikov v. Walmart Inc.,* No. 2:24-cv-08211 (C.D. Cal.):

Christin Kyungsik Cho
Dovel and Luner LLP
201 Santa Monica Boulevard Suite 600
Santa Monica, CA 90401
christin@dovel.com

Richard E Lyon, III
Dovel and Luner LLP
201 Santa Monica Boulevard Suite 600
Santa Monica, CA 90401
rick@dovel.com

**Counsel for Plaintiff Eddie Golikov**
C.D. Cal., No. 2:24-cv-08211

*Ebony Morrison v. Sovena USA, Inc.,* No. 2:24-cv-08144 (C.D. Cal.):

Christin Kyungsik Cho
Dovel and Luner LLP
201 Santa Monica Boulevard Suite 600
Santa Monica, CA 90401
christin@dovel.com

Richard E Lyon, III
Dovel and Luner LLP
201 Santa Monica Boulevard Suite 600
Santa Monica, CA 90401
rick@dovel.com

**Counsel for Plaintiff Ebony Morrison**
C.D. Cal., No. 2:24-cv-08144

Lisa L. Garcia
Alston and Bird LLP
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
lisa.garcia@alston.com

**Counsel for Defendant Sovena USA, Inc.**
C.D. Cal., No. 2:24-cv-08144

*Maggie Frost v. Aldi Inc.,* No. 1:24-cv-07095 (S.D.N.Y.):

Neal J. Deckant
Bursor & Fisher, P.a.
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
ndeckant@bursor.com

**Counsel for Plaintiff Maggie Frost**
S.D.N.Y., No. 1:24-cv-07095

*Matthew Hawkins v. Walmart, Inc.,* No. 1:24-cv-00374 (E.D. Cal.):

Aubry Wand
The Wand Law Firm, P.C.
100 Oceangate Suite 1200
Long Beach, CA 90802
awand@wandlawfirm.com

Lisa T. Omoto
Faruqi & Faruqi, LLP

1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
lomoto@faruqilaw.com

**Counsel for Plaintiff Matthew Hawkins**
E.D. Cal., No. 1:24-cv-00374

Heather F. Canner
Davis Wright Tremaine LLP
865 S. Figueroa Street 24th Floor
Los Angeles, CA 90017
heathercanner@dwt.com

Jacob Michael Harper
Davis Wright Tremaine LLP
865 S. Figueroa Street
Suite 2400
Los Angeles, CA 90017
jacobharper@dwt.com

**Counsel for Defendant Walmart, Inc.**
E.D. Cal., No. 1:24-cv-00374

*Brittany Valdovinos v. Target Corporation,* No. 2:24-cv-08572 (C.D. Cal.):

Christin Kyungsik Cho
Dovel and Luner LLP
201 Santa Monica Boulevard Suite 600
Santa Monica, CA 90401
christin@dovel.com

Richard E Lyon, III
Dovel and Luner LLP
201 Santa Monica Boulevard Suite 600
Santa Monica, CA 90401
rick@dovel.com

**Counsel for Plaintiff Brittany Valdovinos**
C.D. Cal., No. 2:24-cv-08572

Dated: October 23, 2024                                    **FARUQI & FARUQI, LLP**

                                                                              By: */s/ Timothy J. Peter*
                                                                              Timothy J. Peter (SBN 306965)
                                                                              Faruqi & Faruqi LLP

1617 JFK Blvd., Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
tpeter@faruqilaw.com

Lisa Omoto (SBN 303830)
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
lomoto@faruqilaw.com

Neal J. Deckant (SBN 322946)
Brittany S. Scott (SBN 327132)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ndeckant@bursor.com
bscott@bursor.com

Aubry Wand (SBN 281207)
**THE WAND LAW FIRM, P.C.**
100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (310) 590-4503
awand@wandlawfirm.com

Joel Dashiell Smith (SBN 244902)
**Smith Krivoshey, PC**
867 Boylston Street
5th Floor #1520
Boston, MA 02116
Telephone: (415) 202-6109
joel@skclassactions.com

Yeremey O Krivoshey (SBN 295032)
**Smith Krivoshey PC**
166 Geary St., Suite 1500-1507
San Francisco, CA 94108
Telephone: (415) 839-7077
yeremey@skclassactions.com

*Attorneys for Plaintiffs Cara Zajac, Lachae Vickers, Ralph Milan, Rajat Dawar, Kevin Smith, Clair Awad, Maggie Frost, and Matthew Hawkins*