BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: AVOCADO OIL MARKETING LITIGATION | ) ) ) | MDL No. 3133 |

NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiff-Movants Clair Awad, Rajat Dawar, Maggie Frost, Matthew Hawkins, Ralph Milan, Kevin Smith, Lachae Vickers, and Cara Zajac hereby provide this notice informing the JPML of the following Related Action:

1. *Shana Denny v. Walmart, Inc.*, No. 6:24-cv-01906 (M.D. Fla. Oct. 23, 2024)

A Schedule of Actions is attached to this Notice. Copies of the docket sheet and complaint for this case are attached as Exhibit 1 to this Notice. The complaint in the Related Action shares common questions of fact and law and is premised on the same core issues as the others pending before the JPML.

Dated: October 25, 2024

**FARUQI & FARUQI, LLP**

By: */s/ Timothy J. Peter*
Timothy J. Peter (SBN 306965)
1617 JFK Blvd., Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
tpeter@faruqilaw.com

Lisa Omoto (SBN 303830)
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
lomoto@faruqilaw.com

Neal J. Deckant (SBN 322946)
Brittany S. Scott (SBN 327132)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ndeckant@bursor.com
bscott@bursor.com

Aubry Wand (SBN 281207)
**THE WAND LAW FIRM, P.C.**
100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (310) 590-4503
awand@wandlawfirm.com

Joel Dashiell Smith (SBN 244902)
**Smith Krivoshey, PC**
867 Boylston Street
5th Floor #1520
Boston, MA 02116
Telephone: (415) 202-6109
joel@skclassactions.com

Yeremey O Krivoshey (SBN 295032)
**Smith Krivoshey PC**
166 Geary St., Suite 1500-1507
San Francisco, CA 94108
Telephone: (415) 839-7077
yeremey@skclassactions.com

*Attorneys for Plaintiffs Cara Zajac, Lachae Vickers, Ralph Milan, Rajat Dawar, Kevin Smith, Clair Awad, Maggie Frost, and Matthew Hawkins*