BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: AVOCADO OIL MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) | MDL No. 3133 |

**PROOF OF SERVICE**

I, Richard Lyon, hereby certify that on November 8, 2024, I caused true and correct copies of the Notice of Appearance and Schedule of Actions, along with the Proof of Service, to be filed electronically with the Clerk using the CM/ECF electronic filing system of the Judicial Panel on Multidistrict Litigation.

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby further certify that, on November 8, 2024, copies of the foregoing Notice of Appearance and Schedule of Actions, along with this Proof of Service, were served on all parties in the cases listed on the attached Service List. Service was completed electronically via ECF, via Email, or via USPS First Class Mail as indicated on the Service List.

Dated: November 8, 2024

Respectfully submitted,

By: */s/ Richard Lyon*
Richard Lyon (Cal Bar No. 229288)
rick@dovel.com
Stephen D. Andrews (Cal Bar No. 354327)
stephen@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Counsel for Plaintiffs Brittany Valdovinos, Ebony Morrison, and Edie Golikov*

# SERVICE LIST

*Cara Zajac & Lachae Vickers v. The Stop & Shop Holdings, Inc.,* **No. 1:24-cv-12512**

| COUNSEL SERVED VIA EMAIL | COUNSEL SERVED VIA FIRST CLASS MAIL |
|---|---|
| **Counsel for Plaintiffs, Cara Zajac & Lachae Vickers** | **Defendant, The Stop & Shop Holdings, Inc.** |
| Joel Dashiell Smith<br>Smith Krivoshey, PC<br>867 Boylston Street<br>5th Floor #1520<br>Boston, MA 02116<br>joel@skclassactions.com | Stop and Shop Holdings, Inc.<br>1385 Hancock Street<br>Quincy, MA 02169 |

*Ralph Milan v. SFM LLC,* **No. 2:24-cv-02642**

ALL COUNSEL SERVED VIA EMAIL

| Counsel for Plaintiff, Ralph Milan | Counsel for Defendant, SFM LLC |
|---|---|
| Joel Dashiell Smith<br>Smith Krivoshey, PC<br>867 Boylston Street<br>5th Floor #1520<br>Boston, MA 02116<br>joel@skclassactions.com<br><br>Yeremey O Krivoshey<br>Smith Krivoshey PC<br>166 Geary St., Suite 1500-1507<br>San Francisco, CA 94108<br>yeremey@skclassactions.com<br><br>Donald Bivens<br>Snell & Wilmer LLP<br>1 E Washington St., Ste. 2700<br>Phoenix, AZ 85004<br>don@donbivens.com<br><br>Teresita T Mercado<br>Don Bivens PLLC<br>15169 N Scottsdale Rd., Suite 205<br>Scottsdale, AZ 85254<br>teresita@donbivens.com | ABIGAIL M. DOCKUM<br>DENTONS US LLP<br>2398 East Camelback Road, Suite 850 Phoenix, Arizona 85016-9007<br>abigail.dockum@dentons.com<br><br>MICHAEL E. HARRISS<br>DENTONS US LLP<br>101 S. Hanley, Suite 600<br>St. Louis, MO 63105<br>michael.harriss@dentons.com<br><br>MICHAEL J. DUVALL<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704<br>michael.duvall@dentons.com |

*Rajat Dawar v. Sam's West, Inc. & Sam's East, Inc.,* **No. 1:24-cv-09106**

ALL COUNSEL SERVED VIA EMAIL

| **Counsel for Plaintiff, Rajat Dawar** | **Counsel for Defendants, Sam's West, Inc. and Sam's East, Inc.** |
|---|---|
| Neal J. Deckant<br>Brittany Scott<br>Bursor & Fisher, P.A.<br>1990 N. California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>ndeckant@bursor.com<br>bscott@bursor.com<br><br>Timothy J. Peter<br>Faruqi & Faruqi LLP<br>1617 JFK Blvd., Suite 1550<br>Philadelphia, PA 19103<br>tpeter@faruqilaw.com | Terance A Gonsalves<br>Alston & Bird LLP<br>321 N. Clark Street Suite 2650<br>Chicago, IL 60654<br>Terance.Gonsalves@alston.com |

*Kevin Smith & Clair Awad v. Trader Joes Company,* **No. 3:24-cv-06834**

ALL COUNSEL SERVED VIA EMAIL

| **Counsel for Plaintiffs, Kevin Smith & Clair Awad** | **Counsel for Defendant** |
|---|---|
| Neal J. Deckant<br>Brittany Scott<br>Bursor & Fisher, P.A.<br>1990 N. California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>ndeckant@bursor.com<br>bscott@bursor.com<br><br>Joel Dashiell Smith<br>Smith Krivoshey, PC<br>867 Boylston Street<br>5th Floor #1520<br>Boston, MA 02116<br>joel@skclassactions.com<br><br>Yeremey O Krivoshey<br>Smith Krivoshey PC<br>166 Geary St., Suite 1500-1507<br>San Francisco, CA 94108<br>yeremey@skclassactions.com | Jacob Michael Harper<br>Heather Canner<br>Davis Wright Tremaine LLP<br>865 S. Figueroa Street, Suite 2400<br>Los Angeles, CA 90017<br>jacobharper@dwt.com<br>heathercanner@dwt.com |

*Maggie Frost v. Aldi Inc.,* **No. 1:24-cv-07095**

  COUNSEL SERVED VIA EMAIL        COUNSEL SERVED VIA FIRST CLASS MAIL

| Counsel for Plaintiff, Maggie Frost | Defendant, Aldi Inc. |
|---|---|
| Neal J. Deckant<br>Bursor & Fisher, P.A.<br>1990 N. California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>ndeckant@bursor.com | Aldi, Inc.<br>c/o CT Corporation System<br>330 N Brand Blvd,<br>Glendale, CA 91203 |

*Matthew Hawkins v. Walmart, Inc.,* **No. 1:24-cv-00374**

ALL COUNSEL SERVED VIA EMAIL

| Counsel for Plaintiff, Matthew Hawkins | Counsel for Defendant |
|---|---|
| Aubry Wand<br>The Wand Law Firm, P.C.<br>100 Oceangate Suite 1200<br>Long Beach, CA 90802<br>awand@wandlawfirm.com<br><br>Lisa T. Omoto<br>Faruqi & Faruqi, LLP<br>1901 Avenue of the Stars, Suite 1060<br>Los Angeles, CA 90067<br>lomoto@faruqilaw.com | Jacob Michael Harper<br>Heather Canner<br>Davis Wright Tremaine LLP<br>865 S. Figueroa Street, Suite 2400<br>Los Angeles, CA 90017<br>jacobharper@dwt.com<br>heathercanner@dwt.com |

*Shana Denny v. Walmart, Inc.,* **No. 6:24-cv-01906**

  COUNSEL SERVED VIA EMAIL        COUNSEL SERVED VIA FIRST CLASS MAIL

| Counsel for Plaintiff, *Shana Denny* | Defendant, Walmart Inc. |
|---|---|
| Kelly Amanda Mata<br>The Wright Law Office, P.A.<br>18095 40th Run N<br>Loxahatchee, FL 33470<br>kellymata@wrightlawoffice.com<br><br>William Charles Wright<br>The Wright Law Office, P.A.<br>515 N. Flagler Drive Suite 350<br>West Palm Beach, FL 33401<br>(561) 514-0904<br>willwright@wrightlawoffice.com | Walmart Inc.<br>c/o CT Corporation System<br>330 N Brand Blvd,<br>Glendale, CA 91203 |

*Edie Golikov v. Walmart, Inc.,* **No. 2:24-cv-08211**

ALL COUNSEL SERVED VIA EMAIL

| **Counsel for Defendant, Walmart Inc.** |
|---|
| Jacob Michael Harper<br>Heather Canner<br>Matthew E. Ladew<br>Davis Wright Tremaine LLP<br>865 S. Figueroa Street, Suite 2400<br>Los Angeles, CA 90017<br>jacobharper@dwt.com<br>heathercanner@dwt.com<br>mattladew@dwt.com |

*Brittany Valdovinos v. Target Corporation,* **No. 2:24-cv-08572**

ALL COUNSEL SERVED VIA EMAIL

| **Counsel for Defendant, Target Corporation** |
|---|
| Michael E. Harriss<br>Dentons US LLP<br>101 S. Hanley Road, Suite 600<br>St. Louis, MO 63105-3435<br>michael.harriss@dentons.com |

*Ebony Morrison v. Sovena USA, Inc.,* **No. 2:24-cv-08144**

ALL COUNSEL SERVED VIA EMAIL

| **Counsel for Defendant Sovena USA, Inc.** |
|---|
| Lisa Garcia<br>ALSTON & BIRD LLP<br>350 South Grand Avenue, 51st Floor<br>Los Angeles, CA 90071<br>lisa.garcia@alston.com<br><br>SCOTT ELDER<br>ALAN PRYOR<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309<br>scott.elder@alston.com<br>alan.pryor@alston.com |