BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AVOCADO OIL MARKETING LITIGATION | MDL No. 3133 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of:

**NOTICE OF APPEARANCE OF NEAL J. DECKANT**

was served by ECF/Mail on November 8, 2024, to the following:

| VIA U.S. MAIL | |
|---|---|
| The Stop & Shop Holdings, Inc.<br>c/o C T Corporation<br>101 Federal Street<br>Boston, MA 02110<br><br>*Defendant*<br>Case No. 1:24-cv-12512 (D. Mass.) | SFM LLC<br>c/o Corporation Service Company<br>8825 N 23rd Avenue, Suite 100<br>Phoenix, AZ 85021<br><br>*Defendant*<br>Case No. No. 2:24-cv-02642 (D. Ariz.) |
| Sam's West, Inc.<br>c/o C T Corporation System<br>320 S. Izard Street<br>Little Rock, AR 72201<br><br>*Defendant*<br>Case No. 1:24-cv-09106 (N.D. Ill.) | Sam's East, Inc.<br>c/o C T Corporation System<br>320 S. Izard Street<br>Little Rock, AR 72201<br><br>*Defendant*<br>Case No. 1:24-cv-09106 (N.D. Ill.) |
| Trader Joes Company<br>c/o Paracorp Incorporated<br>2804 Gateway Oaks Dr., Suite 100<br>Sacramento, CA 95833<br><br>*Defendant*<br>Case No. 3:24-cv-06834 (N.D. Cal.) | Target Corporation<br>c/o C T Corporation System<br>1000 Nicollet Mall<br>Minneapolis, MN 55403<br><br>*Defendant*<br>Case No. 2:24-cv-08572 (C.D. Cal.) |

| VIA U.S. MAIL |
|---|
| Aldi Inc.<br>c/o C T Corporation System<br>208 S La Salle St, Suite 814<br>Chicago, IL 60604-1101<br><br>*Defendant*<br>Case No. 1:24-cv-07095 (S.D.N.Y.) |

| VIA CM/ECF | |
|---|---|
| Joel Dashiell Smith<br>Smith Krivoshey, PC<br>867 Boylston Street<br>5th Floor #1520<br>Boston, MA 02116<br>joel@skclassactions.com<br><br>Yeremey O Krivoshey<br>Smith Krivoshey PC<br>166 Geary St., Suite 1500-1507<br>San Francisco, CA 94108<br>yeremey@skclassactions.com<br><br>*Counsel for Plaintiffs Cara Zajac & Lachae Vickers*<br>Case No. 1:24-cv-12512 (D. Mass.)<br><br>*Counsel for Plaintiff Ralph Milan*<br>Case No. No. 2:24-cv-02642 (D. Ariz.)<br><br>*Counsel for Plaintiff Kevin Smith & Clair Awad*<br>Case No. 3:24-cv-06834 (N.D. Cal.) | Neal J. Deckant<br>Bursor & Fisher, P.A.<br>1990 N. California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>ndeckant@bursor.com<br><br>Brittany Scott<br>Bursor & Fisher, P.A.<br>1990 N. California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>bscott@bursor.com<br><br>*Counsel for Plaintiff Rajat Dawar*<br>Case No. 1:24-cv-09106 (N.D. Ill.)<br><br>*Counsel for Plaintiff Kevin Smith & Clair Awad*<br>Case No. 3:24-cv-06834 (N.D. Cal.)<br><br>*Counsel for Plaintiff Maggie Frost*<br>Case No. 1:24-cv-07095 (S.D.N.Y.) |

| **VIA CM/ECF** ||
|---|---|
| Donald Bivens<br>Don Bivens PLLC<br>15169 N Scottsdale Rd., Suite 205<br>Scottsdale, AZ 85254<br>don@donbivens.com<br><br>Teresita T Mercado<br>Don Bivens PLLC<br>15169 N Scottsdale Rd., Suite 205<br>Scottsdale, AZ 85254<br>teresita@donbivens.com<br><br>*Counsel for Plaintiff Ralph Milan*<br>Case No. No. 2:24-cv-02642 (D. Ariz.) | Christin Kyungsik Cho<br>Dovel and Luner LLP<br>201 Santa Monica Boulevard Suite 600<br>Santa Monica, CA 90401<br>christin@dovel.com<br><br>Richard E Lyon, III<br>Dovel and Luner LLP<br>201 Santa Monica Boulevard Suite 600<br>Santa Monica, CA 90401<br>rick@dovel.com<br><br>*Counsel for Plaintiff Eddie Golikov*<br>Case No. 2:24-cv-08211 (C.D. Cal.)<br><br>*Counsel for Plaintiff Ebony Morrison*<br>Case No. 2:24-cv-08144 (C.D. Cal.) |
| Timothy J. Peter<br>Faruqi & Faruqi LLP<br>1617 JFK Blvd., Suite 1550<br>Philadelphia, PA 19103<br>tpeter@faruqilaw.com<br><br>*Counsel for Plaintiff Rajat Dawar*<br>N.D. Ill., No. 1:24-cv-09106 | Aubry Wand<br>The Wand Law Firm, P.C.<br>100 Oceangate Suite 1200<br>Long Beach, CA 90802<br>awand@wandlawfirm.com<br><br>*Counsel for Plaintiff Matthew Hawkins*<br>Case No. 1:24-cv-00374 (E.D. Cal.) |
| Christin Kyungsik Cho<br>Dovel and Luner LLP<br>201 Santa Monica Boulevard Suite 600<br>Santa Monica, CA 90401<br>christin@dovel.com<br><br>Richard E Lyon, III<br>Dovel and Luner LLP<br>201 Santa Monica Boulevard Suite 600<br>Santa Monica, CA 90401<br>rick@dovel.com<br><br>*Counsel for Plaintiff Brittany Valdovinos*<br>Case No. 2:24-cv-08572 (C.D. Cal.) | Lisa T. Omoto<br>Faruqi & Faruqi, LLP<br>1901 Avenue of the Stars, Suite 1060<br>Los Angeles, CA 90067<br>lomoto@faruqilaw.com<br><br>*Counsel for Plaintiff Matthew Hawkins*<br>Case No. 1:24-cv-00374 (E.D. Cal.) |

| VIA CM/ECF ||
|---|---|
| Lisa L. Garcia<br>Alston and Bird LLP<br>350 South Grand Avenue, 51st Floor<br>Los Angeles, CA 90071<br>lisa.garcia@alston.com<br><br>*Counsel for Defendant Sovena USA, Inc.*<br>Case No. 2:24-cv-08144 (C.D. Cal.) | Heather F. Canner<br>Davis Wright Tremaine LLP<br>865 S. Figueroa Street 24th Floor<br>Los Angeles, CA 90017<br>heathercanner@dwt.com<br><br>Jacob Michael Harper<br>Davis Wright Tremaine LLP<br>865 S. Figueroa Street<br>Suite 2400<br>Los Angeles, CA 90017<br>jacobharper@dwt.com<br><br>*Counsel for Defendant Walmart, Inc.*<br>Case No. 1:24-cv-00374 (E.D. Cal.)<br>Case No. 2:24-cv-08211 (C.D. Cal.) |

Date: November 8, 2024

Respectfully Submitted

**BURSOR & FISHER, P.A.**

By:     */s/ Neal J. Deckant*

Neal J. Deckant
1990 N. California Blvd., 9th Floor
Walnut Creek, CA 94596
Tel: (925) 300-4455
Fax: (925) 407-2700
Email: ndeckant@bursor.com

*Counsel for Plaintiffs Rajat Dawa, Kevin Smith, Clair Awad, and Maggie Frost*