**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: AVOCADO OIL** | ) | |
| **MARKETING AND** | ) | **MDL No. 3133** |
| **SALES PRACTICES** | ) | |
| **LITIGATION** | | |

## SCHEDULE OF ACTION

| Case Caption | Court | Civil Action Number | Judge |
|---|---|---|---|
| Kevin Smith, *Plaintiff* <br> v. <br> Safeway, Inc., *Defendant* | N.D. Cal. | 3:24-cv-07918 | Judge Araceli Martínez-Olguín |

1