# EXHIBIT 1

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:24-cv-07918-AMO

Smith v. Safeway, Inc.  
Assigned to: Judge Araceli Martinez-Olguin  
Case in other court:  Superior Court of California, County of Alameda, 24CV095037  
Cause: 28:1332 Diversity-Fraud

Date Filed: 11/12/2024  
Jury Demand: Defendant  
Nature of Suit: 370 Other Fraud  
Jurisdiction: Diversity

**Plaintiff**

**Kevin Smith**  represented by  **Brittany Skye Scott**  
Bursor & Fisher, P.A.  
1990 North California Boulevard, Suite 940  
Walnut Creek, CA 94596  
(925) 300-4455  
Fax: (925) 407-2700  
Email: bscott@bursor.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Neal J. Deckant**  
Bursor & Fisher, P.A.  
1990 North California Blvd., Suite 940  
Walnut Creek, CA 94596  
925-300-4455  
Fax: 925-407-2700  
Email: ndeckant@bursor.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Safeway, Inc.**  represented by  **Antonia Isabella Stabile**  
Venable LLP  
101 California Street  
Suite 3800  
San Francisco, CA 94111  
415-653-3734  
Fax: 415-653-3755  
Email: aistabile@venable.com  
*ATTORNEY TO BE NOTICED*

**Caitlin Comstock Blanche**  
Venable LLP  
2049 Century Park East  
Ste 2300  
Los Angeles, CA 90067

310-229-0340  
Fax: 310-229-9901  
Email: cblanche@venable.com  
*ATTORNEY TO BE NOTICED*

**Amit Rana**  
Venable LLP  
101 California Street, Suite 3800  
San Francisco, CA 94111  
(415) 653-3750  
Fax: (415) 653-3755  
Email: arana@venable.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/12/2024 | 1 | NOTICE OF REMOVAL from Superior Court of California, County of Alameda. Their case number is 24CV095037. (Filing fee $405 receipt number ACANDC-20041128). Filed by Safeway, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B)(Rana, Amit) (Filed on 11/12/2024) (Entered: 11/12/2024) |
| 11/12/2024 | 2 | Corporate Disclosure Statement by Safeway, Inc. identifying Corporate Parent Albertsons Companies, Inc. for Safeway, Inc.. (Rana, Amit) (Filed on 11/12/2024) (Entered: 11/12/2024) |
| 11/12/2024 | 3 | Certificate of Interested Entities by Safeway, Inc. identifying Corporate Parent Albertsons Companies, Inc., Other Affiliate Cerberus Capital Management, L.P. for Safeway, Inc.. (Rana, Amit) (Filed on 11/12/2024) (Entered: 11/12/2024) |
| 11/13/2024 | 4 | Case assigned to Magistrate Judge Laurel Beeler.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 11/27/2024. (kam2, COURT STAFF) (Filed on 11/13/2024) (Entered: 11/13/2024) |
| 11/13/2024 | 5 | NOTICE of Appearance filed by Caitlin Comstock Blanche on behalf of Safeway, Inc. (Blanche, Caitlin) (Filed on 11/13/2024) (Entered: 11/13/2024) |
| 11/13/2024 | 6 | NOTICE of Appearance filed by Antonia Isabella Stabile on behalf of Safeway, Inc. (Stabile, Antonia) (Filed on 11/13/2024) (Entered: 11/13/2024) |
| 11/13/2024 | 7 | NOTICE by Safeway, Inc. *of Compliance with 28 U.S.C. § 1446(d)* (Rana, Amit) (Filed on 11/13/2024) (Entered: 11/13/2024) |
| 11/13/2024 | 8 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 2/6/2025. Initial Case Management Conference set for 2/13/2025 11:00 AM in San Francisco, - Videoconference Only. (hdj, COURT STAFF) (Filed on 11/13/2024) (Entered: 11/13/2024)** |

| | | |
|---|---|---|
| 11/14/2024 | 9 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Kevin Smith.. (Scott, Brittany) (Filed on 11/14/2024) (Entered: 11/14/2024) |
| 11/14/2024 | 10 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (ejk, COURT STAFF) (Filed on 11/14/2024) (Entered: 11/14/2024) |
| 11/14/2024 | 11 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Araceli Martinez-Olguin for all further proceedings. Magistrate Judge Laurel Beeler no longer assigned to case, Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras.. Signed by Clerk on 11/14/24. (Attachments: # 1 Notice of Eligibility for Video Recording)**(as, COURT STAFF) (Filed on 11/14/2024) (Entered: 11/14/2024) |
| 11/14/2024 | 12 | Clerk's Notice on Reassignment. You are noticed that the Court has scheduled an Initial Case Management Conference before Judge Araceli Martinez-Olguin upon reassignment. For a copy of Judge Martinez-Olguin's Standing Order and other information, please refer to the Court's website at https://www.cand.uscourts.gov/judges/martinez-olguin-araceli-amo/.<br><br>Case Management Statement due by 2/20/2025 no later than 12:00 PM PST. Initial Case Management Conference set for 2/27/2025 at 10:00 AM in San Francisco, Courtroom 10, 19th Floor. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ads, COURT STAFF) (Filed on 11/14/2024) (Entered: 11/14/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/15/2024 09:22:32 | | | |
| **PACER Login:** | tjpeter3777 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:24-cv-07918-AMO |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |