BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: AVOCADO OIL MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) | MDL No. 3133 |

## PROOF OF SERVICE

I hereby certify that on November 15, 2024, a copy of the foregoing Notice of Potential Tag-Along Action was filed with the Clerk of Court by the JPML CM/ECF filing system which provides electronic service upon all counsel of record.

In addition, I hereby certify that on November 15, 2024, a copy of the foregoing Notice of Potential Tag-Along Action was filed with the Clerk of Court by the JPML CM/ECF filing system and on the following via First Class Mail:

Clerk, Northern District of California
Phillip Burton Federal Building & U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Safeway, Inc.
c/o CT Corporation System
330 N Brand Blvd. Suite 700
Glendale, CA 91203

**Defendant** in *Kevin Smith v. Safeway, Inc.*, No. 3:24-cv-07918

Dated: November 15, 2024                             **FARUQI & FARUQI, LLP**

                       By:      */s/ Timothy J. Peter*
                               Timothy J. Peter (SBN 306965)
                               1617 JFK Blvd., Suite 1550
                               Philadelphia, PA 19103
                               Telephone: (215) 277-5770
                               Facsimile: (215) 277-5771
                               tpeter@faruqilaw.com

Lisa Omoto (SBN 303830)
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
lomoto@faruqilaw.com

Neal J. Deckant (SBN 322946)
Brittany S. Scott (SBN 327132)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ndeckant@bursor.com
bscott@bursor.com

Aubry Wand (SBN 281207)
**THE WAND LAW FIRM, P.C.**
100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (310) 590-4503
awand@wandlawfirm.com

Joel Dashiell Smith (SBN 244902)
**SMITH KRIVOSHEY, PC**
867 Boylston Street
5th Floor #1520
Boston, MA 02116
Telephone: (415) 202-6109
joel@skclassactions.com

Yeremey O Krivoshey (SBN 295032)
**SMITH KRIVOSHEY PC**
166 Geary St., Suite 1500-1507
San Francisco, CA 94108
Telephone: (415) 839-7077
yeremey@skclassactions.com

*Attorneys for Plaintiffs Cara Zajac, Lachae Vickers, Ralph Milan, Rajat Dawar, Kevin Smith, Clair Awad, Maggie Frost, and Matthew Hawkins*